LETZ AND KATZ, INCORPORATED, A CORPORATION, RELATORS, v. FRANK I. ACKERMAN, SUPERVISOR OF BUREAU OF BUILDINGS OF THE CITY OF PASSAIC, AND THE CITY OF PASSAIC, DEFENDANTS.

Argued October 5, 1926—Decided January 25, 1927.

**Zoning—Gasoline Station in Restricted Territory—Application Denied by Board of Zoning Adjustment, With Intimation That Scheme Involved a Dangerous Fire Hazard—This Decision Stands Until Reversed or Set Aside by Judicial Review.**

On rule to show cause why *mandamus* should not issue.

Before Justices PARKER, BLACK and CAMPBELL.

For the relators, *Irving L. Werksman.*

For the defendants, *Frederick S. Ranzenhofer.*

PER CURIAM.

Relator, wishing to install a gasoline station at the southerly corner of Bloomfield and Paulison avenues, in Passaic,

finds a zoning ordinance in the way, and asks a writ to override it.

The application for building permit was made in June, 1926, at which time the Board of Zoning Adjustment act was in force. *Pamph. L. 1926, p. 526.* On the refusal of a permit, relator appealed to the board of zoning adjustment, which in turn denied the permit, with some intimation that the scheme involved a dangerous fire hazard.

In this posture of affairs, and in view of the statute, the decision of the board of zoning appeals stands until reversed or set aside on a judicial review. *Chancellor Development Co.* v. *Senior,* 4 *N. J. Mis. R.* 633 .

The present rule to show cause will therefore be discharged.